[No. 48752-3-I. Division One. October 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS BRYAN AYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03117-3, Steven G. Scott, J., entered June 11, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Schindler, JJ.

[No. 48946-1-I. Division One. October 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN R. WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08076-6, Jeffrey M. Ramsdell, J., entered July 26, 2001. *Reversed* by unpublished opinion per Cox, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 48992-5-I. Division One. October 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DUANE FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09281-1, Ronald Kessler, J., entered August 7, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49208-0-I. Division One. October 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE MORRIS HOLLINGSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08601-2, Dale B. Ramerman, J., entered August 24, 2001. *Affirmed* by unpublished per curiam opinion.